**FITZGERALD JOSEPH LLP**
JACK FITZGERALD (SBN 257370)
*jack@fitzgeraldjoseph.com*
PAUL K. JOSEPH (SBN 287057)
*paul@fitzgeraldjoseph.com*
MELANIE R. PERSINGER (SBN 275423)
*melanie@fitzgeraldjoseph.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@fitzgeraldjoseph.com*
CAROLINE S. EMHARDT (SBN 321222)
*caroline@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE MORRISON, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON CONSUMER INC.,<br><br>Defendant. | Case No: 22-cv-01276-L-RBB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(i)] |

1  PLEASE TAKE NOTICE that Plaintiff Valerie Morrison, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses the Complaint with prejudice. Dismissal without leave of Court is proper under Rule 41(a)(1)(A)(i), as Defendant has not answered the Complaint or filed a motion for summary judgment.

Dated: December 2, 2022    /s/ Jack Fitzgerald

**FITZGERALD JOSEPH LLP**
JACK FITZGERALD
*jack@fitzgeraldjoseph.com*
PAUL K. JOSEPH
*paul@fitzgeraldjoseph.com*
MELANIE R. PERSINGER
*melanie@fitzgeraldjoseph.com*
TREVOR M. FLYNN
*trevor@fitzgeraldjoseph.com*
CAROLINE S. EMHARDT
*caroline@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

**Counsel for Plaintiff**