# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE MORRISON,<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON CONSUMER, INC.,<br><br>        Defendant. | Case No.: 22-cv-1276-L-RBB<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE**<br><br>**[ECF No. 17]** |

 Pursuant to Plaintiff's notice of voluntary dismissal, (ECF No. 17), and Federal Rule of Civil Procedure 41(a)(1)(A)(i), the above-captioned case is dismissed in its entirety with prejudice. Each party shall bear their own fees and costs.

 **IT IS SO ORDERED.**

Dated: January 6, 2023

_____
Hon. M. James Lorenz
United States District Judge